FILED
MAR 0 4 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 4:26CR103 ZMB/PLC |
| TY-HUNTER COLLINS, | ) | |
| Defendants. | ) | |

**INDICTMENT**

The Grand Jury charges that:

**INTRODUCTION**

At all times material to this Indictment, unless otherwise specified below:

1. Defendant TY-HUNTER COLLINS ("Defendant Collins") was a resident of St. Louis, Missouri, within the Eastern District of Missouri.

2. The United States Postal Service ("USPS") is an independent agency of the United States, charged with providing postal service throughout the United States. As part of its responsibility to provide postal service, USPS maintained secure, publicly accessible collection boxes for the deposit of mail to be delivered by USPS. USPS collection boxes were outfitted with locks that were opened with a USPS-issued master key, also known as an "arrow key."

3. The USPS entrusts its postal carriers with delivering the mail to the intended addressee. In some instances, the USPS utilizes mail trucks to carry mail from the Post Offices to the addressee. Postal carriers are required to protect all mail, money, and equipment entrusted to

their care and are to return all mail, money, and equipment to the Post Office at the end of their workday. Postal carriers are issued an arrow key that is to be returned daily.

4. On or about December 15, 2025, Defendant Collins approached a postal carrier, B. J., at the J.C. Penny store at West County Mall in the Eastern District of Missouri. Defendant Collins approached B. J. and offered her $20,000 for the mail in her truck and her mail route. Defendant Collins showed her pictures of money on his phone. Defendant Collins also told B.J. that he was working with other mail people and offered her $50,000 once everything was said and done. The postal carrier refused and returned to her mail truck to deliver her route.

**COUNT I**
**Bribery of Public Officials (18 U.S.C. § 201)**

5. On or about December 15, 2025, in the Eastern District of Missouri and elsewhere, the defendant,

**TY-HUNTER COLLINS,**

did, directly and indirectly, corruptly give, offer, and promise a thing of value to a public official, with intent to induce a public official to do an act and omit to do an act in violation of her official duty, in that the defendant offered a postal carrier, a public official, $50,000 for the mail in her postal truck and her mail route.

All in violation of Title 18, United States Code, Section 201(b)(1)(C).

A TRUE BILL.

FOREPERSON

THOMAS C. ALBUS
United States Attorney

JOLENE TAAFFE #56946 MO
Special Assistant United States Attorney